```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**MICHAEL DAVIS JOLLEY**                                                      PLAINTIFF

    v.                    Civil No. 09-5216

**CAPTAIN ROBERT HOLLY; and
SHERIFF KEITH FERGUSON**                                                       DEFENDANTS

### O R D E R

Now on this 28th day of March, 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 23) to which no objections have been filed. The Court, being well and sufficiently advised, has reviewed the Report and Recommendation and finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 23) is hereby **adopted *in toto;*** and

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge' Report and Recommendation, defendants**' Motion for Summary Judgment (Doc. 13)** is hereby **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

                                            /s/JIMM LARRY HENDREN
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE